Michael N. Zachary, OSBA#041201
Michael P. Matesky, II (*admitted pro hac vice*)
Robert J. Carlson (*admitted pro hac vice*)
Christensen O'Connor Johnson Kindness PLLC
1420 Fifth Ave., Ste. 2800
Seattle, Washington  98101
Telephone:  206-682-8100
Facsimile:  206-224-0779
Email:  michael.zachary@cojk.com
mike.matesky@cojk.com
bob.carlson@cojk.com

*Attorneys for CollegeNET, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DIVISION OF PORTLAND

| | |
|---|---|
| **COLLEGENET, INC.,**<br><br>a Delaware corporation,<br><br>              Plaintiff,<br><br>v.<br><br>**GOOGLE INC.,**<br><br>a Delaware corporation,<br><br>              Defendant. | Civil No. 10-CV-1211 HU<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

STIPULATION OF DISMISSAL WITH
PREJUDICE (10-CV-1211 HU) - 1
COLN\COLLEGENET - GOOGLE STIPULATION OF DISMISSAL.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA  98101-2347
TELEPHONE:  206.682.8100

Pursuant to a Settlement Agreement, the parties hereby stipulate to dismissal of this case with prejudice. Each party is to bear its own costs and attorneys' fees in connection with the suit.

IT IS SO STIPULATED.

Dated: October 10, 2011.

Respectfully submitted,

| | |
|---|---|
| By: /s/ Michael N. Zachary<br>Michael N. Zachary, OSBA#041201<br>Michael P. Matesky, II (*admitted pro hac vice*)<br>Robert J. Carlson (*admitted pro hac vice*)<br>Christensen O'Connor Johnson Kindness PLLC<br>1420 Fifth Ave., Ste. 2800<br>Seattle, Washington  98101<br>Telephone:  206-682-8100<br>Facsimile:  206-224-0779<br>Email:  michael.zachary@cojk.com<br>mike.matesky@cojk.com<br>bob.carlson@cojk.com<br><br>*Attorneys for Plaintiff CollegeNET, Inc.* | By: /s/ Margret M. Caruso (with authorization)<br>Kenneth R. Davis, II, OSBA#971132<br>Lane Powell PC<br>601 SW Second Ave., Suite 2100<br>Portland, OR  97204-3158<br>Telephone:  503.778.2121<br>Facsimile:  503-778-2200<br>Email:  davisk@lanepowell.com<br><br>Margret M. Caruso (*admitted pro hac vice*)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>Telephone:  650-801-5000<br>Facsimile:  650-801-5100<br>Email:  margretcaruso@quinnemanuel.com<br><br>*Attorneys for Defendant Google Inc.* |

STIPULATION OF DISMISSAL WITH PREJUDICE (10-CV-1211 HU) - 2
COLN\COLLEGENET - GOOGLE STIPULATION OF DISMISSAL.DOC

CHRISTENSEN O'CONNOR JOHNSON KINDNESS^PLLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA  98101-2347
TELEPHONE:  206.682.8100

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kenneth R. Davis, II
Lane Powell PC
**davisk@lanepowell.com, garciat@lanepowell.com, mehrbanip@lanepowell.com,
docketing-pdx@lanepowell.com**

Margret M. Caruso
Quinn Emanuel Urquhart & Sullivan LLP
**margretcaruso@quinnemanuel.com, sherrinvanetta@quinnemanuel.com,
joelleperry@quinnemanuel.com**

Executed October 10, 2011.

/s/ Michael N. Zachary

STIPULATION OF DISMISSAL WITH
PREJUDICE (10-CV-1211 HU) - 3
COLN\COLLEGENET - GOOGLE STIPULATION OF DISMISSAL.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100